AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Carolyn L. Solesbee )<br>*Plaintiff* )<br>v.  )<br>Commissioner of the Social Security Administration )<br>*Defendant* ) | Civil Action No.    2:10-CV-01882-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the decision.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:   October 25, 2011                              *CLERK OF COURT*

                                                     s/John P. Bryan, Jr.
                                                     *Signature of Clerk or Deputy Clerk*